

AO 440 (Rev. 03/08) Civil Summons

# UNITED STATES DISTRICT COURT
for the
Northern District of California

| | |
|---|---|
| THE BOARD OF TRUSTEES (See Attachment A to Summons in a Civil Action) <br> Plaintiff | ) <br> ) <br> ) CV 08     3467 |
| v. | ) Civil Action No. |
| OWENS CONCRETE SAW AND COMPANY, INC., A California Corporation <br> Defendant | ) <br> ) <br> ) |

EMC

## Summons in a Civil Action

To: <u>OWENS CONCRETE SAW AND COMPANY, Inc., a California Corporation</u>
      *(Defendant's name)*

A lawsuit has been filed against you.

   Within <u>20</u> days after service of this summons on you (not counting the day you received it), you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff's attorney, whose name and address are:

Barry E. Hinkle, Bar No. 071223                     Phone: (510) 337-1001
Concepcion E. Lozano-Batista, Bar No. 227227
WEINBERG, ROGER & ROSENFELD
1001 Marina Village Parkway, Suite 200
Alameda, CA 94501-1091

If you fail to do so, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Richard W. Wieking
Name of clerk of court

Date: __JUL 1 8 2008__                               _____
                                                     Deputy clerk's signature
                                                     **ANNA SPRINKLES**

*(Use 60 days if the defendant is the United States or a United States agency, or is an officer or employee of the United States allowed 60 days by Rule 12(a)(3).)*

NDCAO440

AO 440 (Rev. 03/08) Civil Summons (Page 2)

## Proof of Service

I declare under penalty of perjury that I served the summons and complaint in this case on _____ , by:

    (1) personally delivering a copy of each to the individual at this place, _____ ; or

    (2) leaving a copy of each at the individual's dwelling or usual place of abode with _____ who resides there and is of suitable age and discretion; or

    (3) delivering a copy of each to an agent authorized by appointment or by law to receive it whose name is _____ ; or

    returning the summons unexecuted to the court clerk on _____ .

My fees are $ _____ for travel and $ _____ for services, for a total of $ _____ .

                                                  SEE ATTACHED PROOF OF SERVICE

Date: _____

                                                                      _____
                                                                                   Server's signature

                                                                       _____
                                                                                  Printed name and title

                                                                       _____
                                                                                  Server's address

IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Attachment A to Summons in a Civil Action

THE BOARD OF TRUSTEES, in their capacities as Trustees of the LABORERS HEALTH AND WELFARE TRUST FUND FOR NORTHERN CALIFORNIA; LABORERS VACATION-HOLIDAY TRUST FUND FOR NORTHERN CALIFORNIA; LABORERS PENSION TRUST FUND FOR NORTHERN CALIFORNIA; and LABORERS TRAINING AND RETRAINING TRUST FUND FOR NORTHERN CALIFORNIA,

       Plaintiffs,

  v.

OWENS CONCRETE SAW AND COMPANY, INC., A California Corporation,

       Defendants.

**Attachment A to Summons in a Civil Action**

| ATTORNEY OR PARTY WITHOUT ATTORNEY (NAME AND ADDRESS) | TELEPHONE NO. | FOR COURT USE ONLY |
|---|---|---|
| WEINBERG, ROGER & ROSENFELD<br>1001 MARINA VILLAGE PRKWY, STE. 200<br>ALAMEDA, CA 94501-1023 | (510) 337-1001 | |
| ATTORNEY FOR (NAME) | REFERENCE NUMBER<br>00034837-01 | |

Insert name of court, judicial district or branch court, if any, and post office and street address
United States District Court,

| SHORT NAME OF CASE |
|---|
| THE BOARD OF TRUSTEES vs. OWENS CONCRETE |

| PROOF OF SERVICE | DATE: | TIME: | DEPT/DIV: | CASE NUMBER:<br>CV 08 3467 EMC |
|---|---|---|---|---|

I am and was on the dates herein mentioned over the age of eighteen years and not a party to this action;

I served the:
Summons & Complaint; ECF Registration Information Handout; Order Setting Initial Case Management Conference; Welcome to the U.S. District Court, San Francisco; Notice of Assignment of Case to a United States Magistrate Judge for Trial; Civil Cover Sheet; Consenting To A Magistrate Judge's Jurisdiction;

          Name: OWENS CONCRETE SAW AND COMPANY, INC., A California Corporation

Person Served: JUDY OWENS
      Title: AGENT FOR SERVICE

Date of Delivery: July 27, 2008   HDATE:
Time of Delivery: 07:39 pm

Place of Service: 31275 OAKHILL WAY
                 HAYWARD, CA 94544           **(Residence)**

Manner of Service: **Personal Service - By Personally Delivering copies to the person on whom the service is required.**

Fee for service: $ 79.50

---

JUDICIAL COUNCIL FORM, RULE #982 (A)(23)

[X] Registered: ALAMEDA County,
Number: 1015
Expiration Date:
    RAPID SERVE
    210 Fell Street, # 19
    San Francisco, CA 94102
    (415) 882-2266
            302/00034837-01

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.
on: August 5, 2008
at: San Francisco, California.

Signature: _Faheem Moore_
Name: FAHEEM MOORE
Title: (i) independent contractor