United States District Court
For the Northern District of California

1
2
3
4
5          IN THE UNITED STATES DISTRICT COURT
6          FOR THE NORTHERN DISTRICT OF CALIFORNIA
7

8  THE BOARD OF TRUSTEES,                     No. C 08-03467 SI

9          Plaintiff,                         **ORDER**

10    v.

11  OWENS CONCRETE SAW AND COMPANY,

12          Defendant.
                                      /
13

14    The Court has reviewed Owen s Concrete & Saw Co.'s notice of bankruptcy and the automatic

15  stay filed on December 5, 2008.

16    This case clearly meets the criteria of <u>Guide to Judiciary Policies and Procedures</u>, Chapter V of

17  Volume XI, for statistical closing.

18    THEREFORE IT IS HEREBY ORDERED that this case shall be closed.

19

20  Dated:                                    _____
                                              SUSAN ILLSTON
21                                            United States District Judge

22
23
24
25
26
27
28